**JURY TRIAL DEMANDED**

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHARLES ENLOW, DONALD DORAN, and GARY TROLINGER, individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| v.   CASE NO. 4:19-cv-02767 | |
| I-44 TRUCK CENTER & WRECKER SERVICE, LLC, PEACOCK MANAGEMENT COMPANY, LLC, MARK ROBBINS, and GAIL ROBBINS | **DEFENDANTS** |

## STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)

1. Pursuant to Rule 41(a)(1), Plaintiffs dismiss the matter with prejudice with each side bearing their own costs or attorneys' fees except as otherwise agreed among them.

2. The parties request that the Court retain jurisdiction of this matter for the purposes of enforcing the payment obligations contained in their settlement agreement for 90 days or, if payment is not made and the Court is notified within the 90-day period of that fact, until payment is made.

3. Defendants sign this stipulation through counsel.

SO ORDERED this 19th day of August, 2021

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

*/s/Timothy A. Steadman*
Timothy A. Steadman, ABN 2009113
tim@johnholleman.net
**HOLLEMAN & ASSOCIATES, P.A.**
1008 West Second Street
Little Rock, Arkansas 72201
Tel. 501.975.5040
Fax 501.975.5043

*Counsel for Plaintiffs*

*/s/ Bradley W. Tharpe*
James M. Paul, MO #44232
James.paul@ogletree.com
William M. Lawson, MO #40477
William.lawson@ogletree.com
Bradley W. Tharpe, MO #71203
Brad.tharpe@ogletree.com
**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**
7700 Bonhomme Avenue
St. Louis, MO 63105
Phone: (314) 802-3954

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Timothy A. Steadman, hereby certify that a true and correct copy of the foregoing document was served via the CM/ECF on August 18, 2021, which will send notice to all counsel of record.

By: /s/*Timothy A. Steadman*
Timothy A. Steadman